# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WALTER PORTER**                                                        **PLAINTIFF**

v.                      **No. 4:19-cv-404-DPM**

**CAPPS INDUSTRIES, LLC;**
**and PATRICK CAPPS**                                     **DEFENDANTS**

## ORDER

Status report, № 18, appreciated. Joint motion to approve, № 16, granted. Attached is the settlement agreement that the parties emailed to chambers. The Court will dismiss the case with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2020

## CONFIDENTIAL SETTLEMENT AGREEMENT

Walter Porter has filed a lawsuit against Capps Industries, LLC and Patrick Capps ("Defendants") that is pending in the United States District Court for the Eastern District of Arkansas and assigned case number 4:19-cv-404 ("the Lawsuit"). Defendants have denied that Mr. Porter is entitled to any relief in the Lawsuit. In lieu of expending additional time and expense associated with prosecuting and defending against the Lawsuit, the parties enter into this Confidential Settlement Agreement. Nothing in this agreement constitutes an admission on the part of the Defendants that Mr. Porter is entitled to the relief he seeks in the Lawsuit.

Walter Porter releases Defendants and their members, managers, agents, and employees from any and all legal or equitable claims he may possess against them as of the date of this agreement. Defendants release Walter Porter from any and all legal or equitable claims they may possess against him as of the date of this agreement.

Within 5 days of the date of this agreement, Capps Industries, LLC will deliver to Mr. Porter's attorney of record in the Lawsuit payment in the amount of $1,500.00 made payable to Walter Porter. On the 20th day of the following month, Capps Industries, LLC will deliver to Mr. Porter's attorney of record payment in the amount of $1,000.00, payable to Walter Porter. Thereafter, Capps Industries, LLC will deliver, by or before the 20th day of the following six (6) months, payments in the amount of $1,000.00, totaling $6,000.00, payable to Sanford Law Firm, PLLC.

Within 10 days of the date of this agreement, Mr. Porter will cause the Lawsuit to be dismissed with prejudice with each side to bear their own attorney's fees and costs.

This Confidential Settlement Agreement contains the entire agreement between the parties and supersedes all negotiations, presentations, discussions, commitments, offers, contracts, and writings prior to its date.

SO AGREED:

_____ 12-17-19
Walter Porter              Date

_____ 12-20-19
Patrick Capps              Date

Capps Industries, LLC
By: _____ Date 12-20-19
Print Name: PATRICK CAPPS
Print Title: MEMBER