# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WALTER PORTER**                                                               **PLAINTIFF**

v.                          No. 4:19-cv-404-DPM

**CAPPS INDUSTRIES, LLC;**
**and PATRICK CAPPS**                                         **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 24 February 2020 to enforce the settlement.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 January 2020